# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HARMONIX MUSIC SYSTEMS,

          Plaintiff,

   v.

AUDIOSURF LLC,

          Defendant.

Case No. 2:19-cv-633-RSM-MLP

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the stipulated motion by Plaintiff Harmonix Music Systems, Inc. and Defendant Audiosurf, LLC to dismiss all claims against Defendant with prejudice and without costs, expenses, or attorneys' fees. (Dkt. # 21.)

The Court, being fully advised, hereby ORDERS that all claims against Defendant are dismissed with prejudice and without costs, expenses, or attorneys' fees awarded to either party. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

//

//

//

//

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE - 1

1 **IT IS SO ORDERED.**

2 DATED this 27 day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 27th of August, 2019.

/s/ Michelle L. Peterson
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE - 2